E-FILED
Thursday, 11 August, 2005  02:57:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-30015 |
| | ) | |
| JUSTINE M. TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

RICHARD MILLS, U.S. District

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the Indictment is hereby accepted and the Defendant is adjudged guilty of such offenses.

The Court will defer a decision on the Plea Agreement pending review of the Presentence Investigation Report. Sentencing is hereby scheduled for January 23, 2006, at 2:30 p.m.

IT IS SO ORDERED.

ENTERED: August 11, 2005

FOR THE COURT:                                      s/ Richard Mills
                                                    United States District Judge