E-FILED
Thursday, 18 May, 2006  03:24:50 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  05-30015 |
| | ) | |
| JUSTINE M. TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>OPINION</u>

JEANNE E. SCOTT, U.S. District Judge:

WHEREAS, on April 25, 2005, the Defendant entered into a Plea Agreement with the United States in which the Defendant consented to the entry of a money judgment of forfeiture against her in an amount no more than $20,000.00, that being the amount of proceeds derived from the offense of Conspiracy to Manufacture a Controlled Substance - Methamphetamine, for which the Defendant has been convicted;

WHEREAS, on March 24, 2006, this Court entered a $20,000.00 forfeiture judgment against the Defendant and in favor of the United States as part of the Judgment in a Criminal Case;

WHEREAS, the United States has filed a Motion for Entry of Final

Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $20,000.00, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that a personal money judgment in the amount of $20,000.00 is hereby entered against the Defendant, JUSTINE M. TURNER, and said sum is forfeited to the United States pursuant to Title 21, United States Code §853.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction of this case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $20,000.00 to satisfy the money judgment in whole or in part.

IT IS THEREFORE SO ORDERED.

ENTER:   May 18, 2006.

   FOR THE COURT:

                              _____s/  Jeanne E. Scott_____
                                           JEANNE E. SCOTT
                              UNITED STATES DISTRICT JUDGE